1  CARL M. FALLER   SBN: 70788
   Attorney at Law
2  Post Office Box 912
   Fresno, CA 93714
3  559-226-1534

4

5  Attorney for Defendant Jagdeep Singh Sidhu

6

7

8               **UNITED STATES DISTRICT COURT**

9           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11

| UNITED STATES OF AMERICA, | ) | 1:06-cr-00138 AWI |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | STIPULATION AND ORDER |
| | ) | REGARDING INTERNATIONAL |
| JAGDEEP SINGH SIDHU | ) | TRAVEL |
| Defendant. | ) | |

    It is hereby stipulated by the parties hereto, by and through their undersigned attorneys of record, that the above-named defendant, who is currently on probation to this court be allowed to travel from his residence to the country of India, between the dates listed below

        Departure:  October 24, 2008

        Return:  January 3, 2009

///

1  This stipulation and proposed order is submitted with the approval of the United States
2  Probation Office.
3
4
5  DATED:  September 25, 2008          /s/  Carl M. Faller
6                                      CARL M. FALLER
7                                      Attorney for Defendant
8
9
10
11
12                                      /s/  Mark E. Cullers
13                                      MARK E. cullers
14                                      Attorney for the
15                                      United States of America
16
17
18
19  IT IS SO ORDERED.
20  **Dated:   September 30, 2008**          /s/ Anthony W. Ishii
21                                      CHIEF UNITED STATES DISTRICT JUDGE